UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
      BLANCA NERIS            : Bankruptcy No.  11-14176SR
                                          :
        Debtor(s)              : Chapter 13

ORDER

AND NOW, this 4th day of January, 2012, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Chief Judge Stephen Raslavich, B.J.

Interested parties:

Polly A. Langdon, Esq. for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606

Stephen M. Hladik, Esq.
298 Wissahickon Avenue
North Wales, PA 19454-1489

Blanca Neris
613 Northampton Road
Norristown, PA 19403